UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24238
    RICHARD J MOORE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-7945

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/26/2007 and was confirmed 03/26/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 12159.60 | .00 | 1703.44 |
| CAPITAL ONE | UNSEC W/INTER | 1843.98 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 298.50 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 863.04 | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 33548.08 | .00 | .00 |
| HAMPTON COURT CONDOMINIU | SECURED | 7845.51 | .00 | 948.12 |
| HAMPTON COURT CONDOMINIU | SECURED | .00 | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | 3000.00 | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3181.94 | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 3,000.00 | | 3,000.00 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 24238 RICHARD J MOORE

```
TOM VAUGHN                TRUSTEE                                      491.44
DEBTOR REFUND             REFUND                                          .00
```

Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

TRUSTEE                   6,143.00

PRIORITY                                            .00
SECURED                                        2,651.56
UNSECURED                                           .00
ADMINISTRATIVE                                 3,000.00
TRUSTEE COMPENSATION                             491.44
DEBTOR REFUND                                       .00
                       ---------------     ---------------
TOTALS                    6,143.00            6,143.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/24/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

```